**MEMO ENDORSED**

January 20, 2026

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/21/2026

**VIA ECF**
Hon. Valerie Caproni
United States District Judge
Southern District of New York

   Re: Saint Louis v. Specialty1 Partners, et al., Case No. 25-cv-8832

Dear Judge Caproni:

   We represent the Plaintiff, Claudianne Saint Louis, in the above referenced action. In accordance with Section 4(E)(i) of Your Honor's Individual Practices in Civil Cases, please find attached hereto a redline version of the Amended Complaint filed earlier today, which shows the differences between the Amended Complaint and originally filed Complaint.

   We thank the Court for its time and attention to this matter.

            Respectfully submitted,

            Marjorie Mesidor

Defendants' motion to dismiss the original complaint is DENIED AS MOOT.  The Clerk of the Court is respectfully directed to terminate the open motion at Dkt. 14.

Not later than **Wednesday, February 11, 2026**, Defendants must answer or otherwise respond to the Amended Complaint.  If Defendants move to dismiss the Amended Complaint, the parties must file a joint letter not later than **Wednesday, February 18, 2026**, indicating whether they consent to stay discovery pending resolution of the motion to dismiss.


SO ORDERED.

_Valerie Caproni_     1/21/2026

HON. VALERIE CAPRONI
UNITED STATES DISTRICT JUDGE