**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
--------------------------------------------------------------------X
 CLAUDIANNE SAINT LOUIS,

                              Plaintiff,

          -against-                                                    25 **CIVIL** 8832 (VEC)

                                                                        **JUDGMENT**

SPECIALTY1 PARTNERS, ENDODONTIC
ASSOCIATES OF GREATER NEW YORK, P.C.,
and NEW YORK CITY ENDODONTICS P.C.,

                              Defendants.
--------------------------------------------------------------------X

         It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Opinion and Order dated May 7, 2026, Defendants' Motion is GRANTED. Because Plaintiff has

already amended her complaint once in response to a motion to dismiss that raised many of the defects

identified in this opinion, see Def. Mem. in Support of First Mot. to Dismiss, Dkt. 15 at 13–15, and she has not

explained how such defects could be cured upon further amendment, the ADEA claim is DISMISSED WITH

PREJUDICE. See TechnoMarine SA v. Giftports, Inc., 758 F.3d 493, 506 (2d Cir. 2014) (dismissal with

prejudice is appropriate where the plaintiff "already amended its complaint once following Defendant's first

motion to dismiss for failure to state a claim" and still "failed to resolve its pleading deficiencies"). The Court

DECLINES to exercise supplemental jurisdiction over the remaining claims, which are DISMISSED

WITHOUT PREJUDICE; accordingly, the case is closed.

**Dated:** New York, New York

         May 8, 2026

                                        **TAMMI M. HELLWIG**
                              _____
                                        **Clerk of Court**

                    **BY:**              K. mango
                              _____
                                        **Deputy Clerk**